IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>Mary Ann Johnson<br><br><br>Debtor(s). | In Proceedings<br>Under Chapter 13<br><br>Bk No. 14-32136 |

TRUSTEE'S AMENDED[1] OBJECTION TO APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, by and through Staff Attorney, R. Samuel Boughner, and in support of his Objection states as follows:

1. On December 31, 2014, the Debtor filed for relief under Title 11 of the United States Code, Chapter 13.  The Debtor's Schedules, Statement of Financial Affairs, Disclosure of Compensation of Attorney for Debtor ("Form 2016(B)"), and Chapter 13 Plan were filed that same day.

2. The Chapter 13 Procedures Manual requires that a Debtor indicate in the Chapter 13 Plan whether the Debtor's attorney will be paid using a flat rate or through the filing of a fee application with the Court.

3. In the Chapter 13 Plan filed in this case, the Debtor indicated that the attorney fees would be provided for through the filing of a fee application.

4. On February 5, 2015, Debtor's counsel filed the immediate Application for Approval of Compensation and Reimbursement ("Application for Compensation") (Docket #18).

5. The Trustee objects to the Application for Compensation on the basis that the Application appears to be requesting immediate payment of the approved funds.  The Chapter 13 Procedures Manual provides that "pre-confirmation, the attorney shall not be entitled to

---

[1] This amendment is filed solely for the purpose of correcting an error in the date of the filing of the Application for Compensation as set forth in paragraph 4.  No other changes were made.

receive more than $1,200 of their attorney fees." (Chapter 13 Procedures Manual, Part II, Section 1). As such, the Trustee notes that even if this Application is approved, absent an Order of the Court to the contrary, the Trustee is prohibited from disbursing funds that would allow Debtor's counsel to receive more than the $1,200 limit until this case is confirmed.

6. In addition, the Trustee objects to certain amounts set forth in the Application for Compensation. This case was not filed until December 31, 2014. Yet, a review of the services for which compensation is being requested indicates that those services began to accrue on April 15, 2009. It would appear that from April 15, 2009 to September 17, 2010, the Debtor and Debtor's counsel took steps toward the filing of a bankruptcy case. However, on September 17, 2010, the description of services indicates that the Debtors elected not to pursue the bankruptcy case. As a result, Debtor's counsel refunded a portion of the previously received retainer back to the Debtor, and kept the remaining amount "for expenses and costs per contact [sic] signed 4/15/2009." The next entry for services does not occur until June 5, 2014. Given the payment and refund transaction on September 17, 2010, the Trustee contends that Debtor's counsel has received any compensation it was due prior to that time. Thus, the Trustee objects to the inclusion of any attorney fees and costs incurred by Debtor's counsel prior to September 17, 2010.

7. Based upon the foregoing, the Trustee objects to the expenses set forth above being approved as part of the Application for Compensation. On that basis, the Trustee contends that the appropriate amount for approval should be reduced to no more than $2,019.50.[2]

Wherefore, Trustee prays this Court for an Order granting the relief requested herein and for

---

[2] Total charges from June 5, 2014 through February 3, 2015 ($2,454.50) less fees paid prior to filing ($435) equals $2,019.50.

all other relief this Court deems just and equitable.

                        Respectfully Submitted,

                        /s/ R. Samuel Boughner  
                        R. SAMUEL BOUGHNER, ARDC#6315222  
                        RUSSELL C. SIMON, Trustee  
                        Chapter 13 Trustee  
                        24 Bronze Pointe  
                        Swansea, IL 62226  
                        Telephone: (618) 277-0086  
                        Telecopier: (618) 234-0124  
                        samb@simonch13trustee.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 9th day of February, 2015, with the correct postage prepaid and deposited in the U.S. Mail.

Mary Ann Johnson  
811 N. 23rd St.  
East St. Louis, IL  62205

William Mueller  
5312 W. Main St.  
Belleville, IL 62226

                        /s/Jeff