IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>MARY ANN JOHNSON<br>            Debtor(s). | CASE NO. 14-32136<br>Under Chapter 13 |

### AGREED ORDER RESOLVING TRUSTEE'S OBJECTION TO APPLICATION FOR ADDITIONAL ATTORNEY FEES

The parties announce to the Court that they have reached an agreement concerning Trustee's Objection to the Application for Additional Attorney Fees, the terms and conditions of which are as follows:

The Application for Additional Attorney Fees is GRANTED in part and DENIED in part.

The Application for Additional Attorney Fees is granted in the amount of $2,454.50; Counsel received $435.00 pre-petition; the remainder, $2,019.50 is to be paid through the Chapter 13 Plan pursuant to the Order of Distribution.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: April 1, 2015

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE-7

Agreed to:
/s/ Rachel Hill
Debtors' Counsel


/s/ Russell C. Simon
Russell C. Simon
Chapter 13 Trustee