**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| MARY ANN JOHNSON, | ) | |
| | ) | BK 14-32136 |
| Debtor. | ) | |

## AGREED ORDER RESOLVING TRUSTEE'S OBJECTION(S)

The parties announce to the Court that they have reached an agreement concerning the Trustee's pending Objection(s), the terms and conditions of which are as follows:

> Debtor is hereby granted 30 days in which to file an Amended Schedule B to list the life insurance policies as disclosed at the 341 Meeting of Creditors.

> Debtor is hereby granted 30 days in which to provide the Trustee with documentation to support the expenses listed on the B22C form for life insurance and health insurance.

> Debtor is hereby granted 30 days in which to Amended Schedule I and B22C form to list the rental property income.

> Debtor is hereby granted 30 days in which to file an Amended Plan to pay the Debtor's disposable income pursuant to the forthcoming Amended B22C form.

Timely compliance with the specific requirement(s) listed above shall constitute a cure for all the Trustee's Objections to Confirmation.

The Court hereby **ORDERS** that in the event the Debtor fails to comply within the time limits set forth above, this case shall be automatically dismissed without further notice or hearing.

The Court further **ORDERS** that should the amendments fail to cure all of the Trustee's objections and the Trustee files a written certification of such non-compliance, this case may be automatically dismissed without further notice or hearing, or in the alternative, the Court may consider reducing the attorney's fees paid in this case.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

**ENTERED: April 14, 2015**

/s/ Laura K. Grandy
**UNITED STATES BANKRUPTCY JUDGE 14**

Agreed to:

/s/ Russell C. Simon                     /s/ James J. Haller
Chapter 13 Trustee                       Debtor's Counsel